## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROCKWELL ROWE, JR. and MICHELE ROWE, on behalf of themselves, and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>SKYWAY CONCESSION COMPANY LLC, and CALUMET CONCESSION PARTNERS INC.<br><br>    Defendants. | Case No. 1:24-cv-06313<br><br>Hon. Judge Mary M. Rowland |

## STATUS REPORT

Pursuant to this Court's June 23, 2025 minute entry, Doc. No. 52, Plaintiffs Rockwell Rowe, Jr. and Michele Rowe, ("Plaintiffs") submit the following status report:

1. Plaintiffs will file a Third Amended Complaint.

2. Plaintiffs request 21 days from the submission of this status report, to July 23, 2025, to file the Third Amended Complaint.

Dated: July 2, 2025      Respectfully submitted,

                /s/ Kenneth T. Goldstein
                Kenneth T. Goldstein
                Matthew G. Norgard
                THE LAW OFFICE OF KENNETH T. GOLDSTEIN, PLLC.
                20 N. Wacker Dr., Suite 1006
                Chicago, IL 60606
                Tel: (312) 606-0500
                ken@krislovlaw.com
                mnorgard@krislovlaw.com
                *Attorneys for Plaintiffs*